**John M. Coletti, OSB No. 942740**
john@paulsoncoletti.com
**PAULSON COLETTI TRIAL ATTORNEYS PC**
385 SW First Street, Ste. 217
Lake Oswego, OR. 97034
Phone: (503) 226-6361
Facsimile: (503) 226-6276

**Hala J. Gores**, OSB No.890489
hala@goreslaw.com
**HALA J. GORES, P.C.**
1332 SW Custer Drive
Portland, OR  97219
Phone: (503) 295-1940
Facsimile: (503) 295-2651

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ESTATE OF LENIN ROSAS HERNANDEZ**, by and through its Personal Representative,  Jaime Delgado Hernandez,<br><br>Plaintiff,<br>v.<br><br>**VIGILNET AMERICA LLC;  LMG HOLDINGS, INC., doing business as SCRAM SYSTEMS; WASHINGTON COUNTY; WASHINGTON COUNTY COMMUNITY CORRECTIONS; WASHINGTON COUNTY SHERIFF'S OFFICE; WASHINGTON COUNTY CIRCUIT COURT; OREGON JUDICIAL DEPARTMENT; and STATE OF OREGON; DOES 1 - 10;**<br><br>Defendants. | Case No.: 3:24-CV-00319-AN<br><br>STIPULATED GENERAL DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS |

1
STIPULATED GENERAL DISMISSAL WITHUOT PREJUDICE AND WITHOUT COSTS

Plaintiff and Defendants, by and through their counsel of record, hereby stipulate, agree and move that any and all claims and causes of action brought by plaintiff against defendants are dismissed without prejudice and without costs.

IT IS SO STIPULATED:

Dated: 5/15/24                                             Dated: 5/15/24

PAULSON COLETTI                                   GILBERT LEVY @ BRIDGEPORT
TRIAL ATTORNEYS PC                            THE GLB ATTORNEYS

 *s/ John M. Coletti*                                      *s/ Christopher Piekarski*
John M. Coletti, OSB No. 942740              Christopher R. Piekarski, OSB No. 000910
john@paulsoncoletti.com                            chrisp@theGLB.com
                                                                      Damian P. Stutz, OSB No. 131375
HALA J. GORES, P.C.                                damian@theGLB.com
                                                                      *Of Attorneys for Defendant Vigilnet America LLC*
 *s/ Hala J. Gores*
Hala J. Gores, OSB No. 890489
hala@goreslaw.com

*Attorneys for Plaintiffs*


Dated:   5/15/24                                            Dated:   5/15/24

ELLEN F. ROSENBLUM
Attorney General

   *s/ Eliot Thompson*                                      *s/ John Mansfield*
Eliot D. Thompson, OSB No.160661         John Mansfield, OSB No.055390
Eliot.thompson@doj.state.or.us                 john_mansfield@washingtoncountyor.gov
Kelly.c.burris@doj.state.or.us                     douglas_davis@washingtoncountyor.gov
*Of Attorneys for Defendants State of*        *Of Attorneys for Defendants Washington County,*
*Oregon, Washington County Circuit Court,*  *Washington County Community Corrections, and*
*and Oregon Judicial Department*             *Washington County Sheriff's Office*